

# NUMBERS 13-22-00001-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ADOLFO GARCIA JR.,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                   **Appellee.**

On appeal from the 36th District Court
of San Patricio County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

Appellant's counsel, the honorable Coretta T. Graham, filed a motion to withdraw as attorney for appellant. According to the motion, good cause exists for her to withdraw because she is currently overwhelmed with work and defendant is represented by another attorney.

Adequate reason for the discharge of counsel and appointment of new counsel

rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.--Houston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of counsel may be necessary, an appellate court should abate the proceeding to the trial court for determination of this issue. Accordingly, we carry the motion, abate the appeal, and remand the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant is represented by another attorney and/or is entitled to new court-appointed counsel. If the trial court determines an attorney other than the Honorable Coretta T. Graham represents appellant, the trial court shall provide the name, address, email address, telephone number, and state bar number of the counsel; alternatively, if the trial court determines new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ordered.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of February, 2022.